Laverne and Phillina Wallace
11750 Rubicon Trail
Prescott Valley, AZ 86315

FILED
2010 APR 12 AM 9: 05
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

IN RE:

Laverne Dalton Wallace and

Phillina Lynn Wallace,

Debtors

———

Saxon Mortgage Services, Inc.,

Movant,

vs.

Laverne Dalton Wallace and

Phillina Lynn Wallace,

Debtors

———

No. 2:10-bk-04996-RTBP

Chapter 7

DEBTOR'S OBJECTION TO
MOVANT'S MOTION TO LIFT
THE AUTOMATIC BANKRUPTCY STAY

TO THE HONORABLE BANKRUPTCY JUDGE: Judge Redfield T. Baum PCT

COMES NOW, Debtor's Laverne Dalton Wallace and Phillina Lynn Wallace, and objects to Saxon Mortgage Services, Inc., as the holder of the Note and the beneficial interest in the Deed of Trust, Motion to Lift the Automatic Bankruptcy Stay on the following described property:

THAT PORTION OF PARCEL 11, COYOTE CREST, FOURTH AMENDED, AS RECORDED IN BOOK 74 OF LAND SURVEYS, PAGES 71-72, YAVAPAI COUNTY RECORDER'S OFFICE, LOCATED WITHIN SECTION 21, TOWNSHIP 15 NORTH, RANGE 1 EAST, OF THE GILA AND SALT RIVER BASE AND MERIDIAN, YAVAPAI COUNTY, ARIZONA, DESCRIBED AS FOLLOWS:

PARCEL 2 OF THAT CERTAIN RECORD OF SURVEY RECORDED IN BOOK 105 OF LAND SURVEYS, PAGE 96, YAVAPAI COUNTY RECORDER'S OFFICE, YAVAPAI COUNTY, ARIZONA.

The Debtor's objection to the stay lift motion is based upon the fact that Saxon Mortgage Services, Inc., did not hold the Note and the beneficial interest in the Deed of Trust, on 02/26/2010, the date of filing of the Debtor's Bankruptcy Case Filing.

    Notice of Bankruptcy Case Filing, attached hereto as Exhibit A

    Corporation Assignment of Deed of Trust, attached hereto as Exhibit B

The Movant has based the stay lift motion on the premise that the Debtor's are in default on their obligations to the Movant and payments are due as per the amounts set forth in the Movant's motion.

It is the Debtor's contention that the amounts set forth are grossly inaccurate as the Movant has only held the Note and the beneficial interest in the Deed of Trust for less than 30 days.

## **CONCLUSION**

Debtor's request that the court enter an order denying the Motion to Lift the Automatic Bankruptcy Stay as requested by the Movant to ensure adequate time is allowed the Debtor's and the Movant to negotiate a Reaffirmation Agreement without the presumption of undue hardship.

Dated: April 08, 2010

*/s/ [signature]*

United States Bankruptcy Court
District of Arizona

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 02/26/2010 at 09:49 AM and filed on 02/26/2010.

**LAVERNE DALTON WALLACE**
11750 RUBICON TRAIL
PRESCOTT VALLEY, AZ 86315
SSN / ITIN: xxx-xx-1017
*aka*
**VERN WALLACE**

**PHILLINA LYNN WALLACE**
11750 RUBICON TRAIL
PRESCOTT VALLEY, AZ 86315
SSN / ITIN: xxx-xx-3090

FILED
02/26/2010

The bankruptcy trustee is:

**WILLIAM E. PIERCE**
P.O. BOX 429
CHINO VALLEY, AZ 86323-0429

928-636-6210

The case was assigned case number 2:10-bk-04996-RTBP to Judge Redfield T. Baum PCT.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.azb.uscourts.gov/index.html or at the Clerk's Office, U.S. Bankruptcy Court, Arizona, 230 North First Avenue, Suite 101, Phoenix, AZ 85003-1727, , .

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Brian D. Karth
Clerk, U.S. Bankruptcy Court

Exhibit A

https://ecf.azb.circ9.dcn/cgi-bin/NoticeOfFiling.pl?535345        02/26/2010

RECORDING REQUESTED BY:

WHEN RECORDED MAIL TO:
Saxon Mortgage Services, Inc.
3701 Regent Blvd
Irving TX 75063

T&B NO.: 10-06121

APN: TBD
MIN NO.:

## CORPORATION ASSIGNMENT OF DEED OF TRUST

For Value Received, the undersigned corporation hereby grants, assigns and transfers to **Saxon Mortgage Services, Inc.** all beneficial interest under that certain Deed of Trust dated **01/10/2006** executed by **Laverne D. Wallace and Phillina L. Wallace, husband and wife as joint tenants** Trustor, to **Yavapai Title Agency** Trustee, and recorded on **01/17/2006** as Instrument No. BK: 4355 PG: 437 on in Book Page of Official Records of **Yavapai** County, AZ describing the land therein:

AS PER DEED OF TRUST MENTIONED ABOVE.

Together with the Note or Notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust

Date: March 18, 2010

Mortgage Electronic Registration System, Inc. as nominee for Taylor, Bean & Whitaker Mortgage Corp.

By: John Cottrell
It s: Assistant Vice President

STATE OF Texas
COUNTY OF Tarrant

On March 18, 2010, before me, Angelo Dupon Mayfield, a Notary Public for said State, personally appeared John Cottrell personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of Texas that the foregoing is true and correct.

WITNESS my hand and official seal.

Signature

ANGELO DUPON MAYFIELD
Notary Public, State of Texas
My Commission Expires
October 10, 2012

EXHIBIT B